UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | | |
|---|---|---|
| SAVONE HORSLEY<br>Plaintiff | ) | |
| v. | ) | NO. 3:24-CV-00562-CHB-RSE |
| OFFICER KENNY ALLEN, *ET AL*.<br>Defendants | ) | |

---

**JOINT STATUS REPORT**

Come now the Plaintiff and Defendants, jointly, by their respective counsel, and pursuant to the Court's Order of March 16, 2026 (DN 034), hereby submit this Joint Status Report:

**1. Discovery:** The parties are answering written discovery. Defendants Allen, Highley, and Choi answered Plaintiff's requests for admission on March 30, 2026. Metro answered Plaintiff's requests for admission on April 2, 2026. Defendant Gwinn-Villaroel answered Plaintiff's requests for admission on March 27, 2026. Defendants are in the process of answering interrogatories and requests for production of documents. Plaintiff provided unverified interrogatory responses and documents on April 8, 2026. The parties are discussing dates for depositions.

**2. Settlement Discussions:** The parties have not engaged in any settlement discussions.

Respectfully Submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Brendan R. Daugherty
Brendan R. Daugherty
Erin C. Farnham
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
(502) 574-1423
brendan.daugherty@louisvilleky.gov
erin.farnham@lousvilleky.gov
*Counsel for Defendants, Louisville-Jefferson County Metro Government, Kenny Allen, Junseong Choi, and Hannah Highley*

And

STEPTOE & JOHNSON PLLC

/s/ Darryl S. Lavery (with permission)
Darryl S. Lavery
Earl L. Martin III
700 North Hurstbourne Parkway, Suite 115
Louisville, KY 40222
(502) 423-2016
darryl.lavery@steptoe-johnson.com
earl.martin@steptoe-johnson.com
*Counsel for Defendant Chief Jacquelyn Gwinn-Villaroel*

And

Shaun A. Wimberly, Sr. (with permission)
Shaun A. Wimberly, Sr.
WIMBERLY & ASSOCIATES, PLLC
325 West Main Street, Suite 1816
Louisville, KY 40202
shaunsr@wimlawky.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed the above on April 21, 2026, using the Court's CM/ECF system which will send copies to all counsel of record.

/s/ Brendan R. Daugherty
*Counsel for Defendants, Louisville-Jefferson County Metro Government, Kenny Allen, Junseong Choi, and Hannah Highley*